CLAUDINE B. WEED, Appellant, *v.* VAN WYCK HEWLETT,
Respondent.

(Argued December 17, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made December 31, 1890, which denied a motion for a new
trial and ordered judgment in favor of defendant.

*Daniel S. Remsen* for appellant.

*Josiah T. Marean* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ELLEN M. QUINN, Appellant, *v.* MARGARET McDONALD et al.,
Respondents.

ELLEN M. QUINN, Appellant, *v.* ANN McDONALD et al.,
Respondents.

(Argued December 17, 1891; decided January 20, 1892.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made February 9, 1891, which affirmed judgments in favor
of defendants, entered upon decisions of the court on trial at
Special Term.

*E. H. Benn* for appellant.

*Henry C. Wilcox* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgments affirmed.